IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY DAVIDSON, | : | Case No. 1:15-cv-00528 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | |

**VERDICT FORM**
**JUNE 13, 2017**

1

For the following Questions, your verdict must be <u>unanimous</u>.

1. Did CSXT fail to provide Mr. Davidson with a reasonably safe place in which to work

    <u>and</u>

    did such failure cause or contribute to, in whole or in part, Mr. Davidson's injuries?

    _X_ YES  ___ NO

*If your answer to Question No. 1 is NO, you have reached a verdict for CSXT. Please skip the remaining Questions, sign and date this Verdict Form on page 4, and tell the Courtroom Deputy, Mr. Miller, that you have reached a verdict.*

2. Did Mr. Davidson fail to exercise reasonable care for his own safety

    <u>and</u>

    did such failure cause or contribute to, in whole or in part, his injuries?

    _X_ YES  ___ NO

*If your answer to Question No. 2 is YES, go to Question No. 3. If your answer to Question No. 2 is NO, please go to Question No. 4 on the next page.*

3. Please state the relative fault of CSXT and Mr. Davidson, expressed as a percentage.

    | | |
    |---|---|
    | CSX Transportation, Inc. | 20 % |
    | Wesley Davidson | 80 % |
    | Total | 100 % |

*Please go to the next page.*

2

4. Please state the amount of damages that Mr. Davidson has suffered.  Do <u>not</u> reduce the amount by any contributory negligence you may have found on the part of Mr. Davidson.

    Past Lost Wages:                    $ 37,500

    Pain and Suffering, including
    any permanent injuries:           $ 2,000

    Total:                                   $ 39,500

*Please go to the next page.*